# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6893 | **DATE** | 12/14/2007 |
| **CASE TITLE** | Black vs. Chrysler Motors LLC, et al. | | |

**DOCKET ENTRY TEXT**

Defendants are directed to file on or before 12/21/07 an amended notice of removal correctly setting forth the citizenship of the members of defendants Chrysler Motors LLC and Chrysler LLC - which consists of the citizenship of each member of the LLC - including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). If defendants fail to do so, the Court will remand the case to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|

Case 1:07-cv-06893   Document 6   Filed 12/14/2007   Page 1 of 1

07C6893 Black vs. Chrysler Motors LLC, et al.                                                                 Page 1 of 1