UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Robert Black

        Plaintiff,

v.                  Case No.: 1:07−cv−06893
                    Honorable Matthew F. Kennelly

Chrysler Motors L.L.C., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

  MINUTE entry before Judge Matthew F. Kennelly :Defendants having failed to file an amended notice of removal in compliance with the Court's order of 12/14/07, the case is remanded to state court due to defendants' failure to establish complete diversity of citizenship.Civil case terminated. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.